# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
                Appellant,
vs.
L.C.C.; AND N.D.O.C.,
                Respondents.

No. 75145

**FILED**

MAR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for appointment of counsel. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Jim C. Shirley, District Judge
       Gene Anthony Allen
       Attorney General/Carson City
       Pershing County Clerk

18-08833